[No. 16164-8-II.   Division Two.   September 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KEENAN WAYNE MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00446-1, Thomas L. Lodge, J., entered June

18, 1992. *Affirmed* by unpublished opinion per Seinfeld, J. concurred in by Morgan, C.J., and Alexander, J.